**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7852**

---

RUSSELL TURNER,

Plaintiff - Appellant,

versus

H. R. POWELL, Warden,

Defendant - Appellee.

---

**No. 97-7853**

---

RUSSELL TURNER,

Plaintiff - Appellant,

versus

JOHN HOLLAND, Doctor,

Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-26-3, CA-97-556-3)

Submitted:  April 29, 1998                    Decided:  May 15, 1998

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Russell Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders dismissing without prejudice his 42 U.S.C. § 1983 (1994) complaints. The district court's dismissals without prejudice are not appealable. See Domino Sugar Corp. v. Sugar Workers' Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). A dismissal without prejudice could be final if "no amendment [to the complaint] could cure defects in the plaintiff's case." Id. at 1067. In ascertaining whether a dismissal without prejudice is reviewable in this court, the court must determine "whether the plaintiff could save his action by merely amending the complaint." Id. at 1066-67.

Because the district court's opinions leave open the possibility that Appellant could amend his complaints to assert some claims, the dismissal orders are not appealable. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED